United States Courts
Southern District of Texas
FILED
*October 29, 2025*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | |
| JACKIE DESHUN BERGERON, JR. § | Criminal No. 4:24-cr-0347-S1 |
| JEREMY ALLEN SPILLER § | |
| DOMNICK NICHOLAS SNELL § | |
| ROOSEVELT ROSHAD KEYS § | |
| RONALD EDWARD CHARLES § | |
| DONOVAN MAURICE TAYLOR § | |

## FIRST SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### Count One
(Conspiracy to Commit an Offense Against the United States)

Beginning on or about June 1, 2023, and continuing thereafter to on or about December 18, 2023, in the Southern District of Texas and elsewhere, within the jurisdiction of the Court, defendants

**JACKIE DESHUN BERGERON, JR.
JEREMY ALLEN SPILLER
DOMNICK NICHOLAS SNELL
ROOSEVELT ROSHAD KEYS
RONALD EDWARD CHARLES
and
DONOVAN MAURICE TAYLOR**

did knowingly and intentionally conspire and agree with each other and other persons known and unknown to the Grand Jury to commit an offense against the United States, that is, bank robbery in violation of Title 18, United States Code, § 2113(a).

## MANNER AND MEANS OF THE CONSPIRACY

It was a part of the conspiracy that:

1. The defendants traveled from Texas to other States to commit robberies.

2. The defendants rented motor vehicles in Texas and other States.

3. The defendants purchased airline tickets to travel from Texas to other States.

4. The defendants caused ATMs to malfunction.

5. While ATM technicians serviced the malfunctioning ATMs, defendants assaulted them and stole the cash cassettes.

## OVERT ACTS

6. In furtherance of the conspiracy and to effect the objects of the conspiracy, the following acts, among others, were committed in the Southern District of Texas and elsewhere:

   a. On or about August 21, 2023, Jackie Deshun BERGERON, Jr. traveled from Houston, Texas to Boise, Idaho.

   b. On or about September 5, 2023, Ronald Edward CHARLES rented a Kia K5 in Houston, Texas.

   c. On or about September 26, 2023, Jeremy Allen SPILLER traveled from Houston, Texas to Seattle, Washington.

   d. On or about September 26, 2023, Domnick Nicholas SNELL traveled from Houston, Texas to Portland, Oregon.

   e. On or about October 12, 2023, Roosevelt Rashaud KEYS rented a Toyota Highlander in Salt Lake City, Utah.

   f. On or about November 1, 2023, Donovan Maurice TAYLER traveled from Houston, Texas to Lakewood, Washington.

In violation of Title 18, United States Code, § 371.

## Count Two
(Interstate Travel to Commit a Crime of Violence)
(Hazel Dell, Washington)

On or about August 21, 2023, in the Southern District of Texas and elsewhere, within the jurisdiction of the Court, defendant

**JACKIE DESHUN BERGERON, JR.**

did knowingly and intentionally travel in interstate commerce from the State of Texas to the State of Washington and used a facility in interstate commerce, namely a motor vehicle and cellular telephone, with the intent to commit a crime of violence to further an unlawful activity, namely, the laundering of monetary instruments in violation of Title 18, United States Code, § 1956, and thereafter committed and attempted to commit the crime of violence to further such unlawful activity, that is, bank robbery in violation of Title 18, United States Code, § 2113(a).

In violation of Title 18, United States Code, §§ 1952(a)(2)(B) and 2.

## Count Three
(Interstate Travel to Commit a Crime of Violence)
(Ankeny, Iowa)

On or about September 6, 2023, in the Southern District of Texas and elsewhere, within the jurisdiction of the Court, defendants

**JACKIE DESHUN BERGERON, JR.**
**and**

**RONALD EDWARD CHARLES**

did knowingly and intentionally travel in interstate commerce from the State of Texas to the State of Iowa and used a facility in interstate commerce, namely a motor vehicle and cellular telephone, with the intent to commit a crime of violence to further an unlawful activity, namely, the laundering of monetary instruments in violation of Title 18, United States Code, § 1956, and thereafter committed and attempted to commit the crime of violence to further such unlawful activity, that is, bank robbery in violation of Title 18, United States Code, § 2113(a).

In violation of Title 18, United States Code, §§ 1952(a)(2)(B) and 2.

## COUNT FOUR
(Interstate Travel to Commit a Crime of Violence)
(Portland, Oregon)

On or about September 25, 2023, in the Southern District of Texas and elsewhere, within the jurisdiction of the Court, defendants

**JACKIE DESHUN BERGERON, JR.**
**JEREMY ALLEN SPILLER**
**DOMNICK NICHOLAS SNELL**
and
**ROOSEVELT RASHAD KEYS**

did knowingly and intentionally travel in interstate commerce from the State of Texas to the State of Oregon and used a facility in interstate commerce, namely a motor vehicle and cellular telephone, with the intent to commit a crime of violence to further an unlawful activity, namely, the laundering of monetary instruments in violation of Title 18, United States Code, § 1956, and thereafter committed and attempted to commit the crime of

violence to further such unlawful activity, that is, bank robbery in violation of Title 18, United States Code, § 2113(a).

In violation of Title 18, United States Code, §§ 1952(a)(2)(B) and 2.

## COUNT FIVE
(Interstate Travel to Commit a Crime of Violence)
(Jackson, Wyoming)

On or about October 12, 2023, in the Southern District of Texas and elsewhere, within the jurisdiction of the Court, defendants

**JACKIE DESHUN BERGERON, JR.**
**JEREMY ALLEN SPILLER**
**and**
**DOMNICK NICHOLAS SNELL**

did knowingly and intentionally travel in interstate commerce from the State of Texas to the State of Wyoming and used a facility in interstate commerce, namely a motor vehicle and cellular telephone, with the intent to commit a crime of violence to further an unlawful activity, namely, the laundering of monetary instruments in violation of Title 18, United States Code, § 1956, and thereafter committed and attempted to commit the crime of violence to further such unlawful activity, that is, bank robbery in violation of Title 18, United States Code, § 2113(a).

In violation of Title 18, United States Code, §§ 1952(a)(2)(B) and 2.

## COUNT SIX
(Interstate Travel to Commit a Crime of Violence)
(Lakewood, Washington)

On or about November 2, 2023, in the Southern District of Texas and elsewhere, within the jurisdiction of the Court, defendants

**JACKIE DESHUN BERGERON, JR.**
**JEREMY ALLEN SPILLER**
**DOMNICK NICHOLAS SNELL**
and
**DONOVAN MAURICE TAYLOR**

did knowingly and intentionally travel in interstate commerce from the State of Texas to the State of Washington and used a facility in interstate commerce, namely a motor vehicle and cellular telephone, with the intent to commit a crime of violence to further an unlawful activity, namely, the laundering of monetary instruments in violation of Title 18, United States Code, § 1956, and thereafter committed and attempted to commit the crime of violence to further such unlawful activity, that is, bank robbery in violation of Title 18, United States Code, § 2113(a).

In violation of Title 18, United States Code, §§ 1952(a)(2)(B) and 2.

A TRUE BILL

Original Signature on File

_____
FOREPERSON

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*Anibal J. Alaniz*
Anibal J. Alaniz
Assistant United States Attorney

*Casey N. MacDonald*
Casey N. MacDonald
Assistant United States Attorney