PS-42
(Rev. 6/17)

**UNITED STATES DISTRICT COURT**

Southern District of Texas

Houston Division

U.S.A. vs. Jackie Deshun Bergeron, Jr.                    Docket No.  4:24CR00347-001

### Request to Modify Conditions of Release

Matthew Simons, U.S. Probation Officer, presents this report on the conduct of Jackie Deshun Bergeron Jr, who was placed on pretrial supervision by the Honorable Christina A. Bryan at Houston, Texas, on July 22, 2024, under conditions of release including:

7(a). Pretrial Services Supervision

7(p). Location Monitoring Program, Active GPS with Home Incarceration.

**September 27, 2024:** The Court modified the conditions of release 7(p) from home incarceration to curfew.

**May 16, 2025:** The Court modified the conditions of release to remove the 7(p) curfew.

The defendant is scheduled for a Pretrial Conference set for February 6, 2026, at 09:30 AM and a Jury Selection set for February 10, 2026, at 09:30 AM in Courtroom 9F before Judge Charles Eskridge.

**Prior Court Action**:

None.

**Petition for Court Action**:

Upon being released on pretrial supervision, Jackie Bergeron was not ordered to have any travel restrictions because he released to home incarceration with GPS, which was later modified to curfew, and then to stand-alone monitoring. Stand-alone monitoring is typically used in conjunction with a travel or boundary restriction.

Therefore, it is respectfully recommended the following condition be ordered:

"7(f). abide by the following restrictions on personal association, residence, or travel: The defendant is allowed to travel within the Continental United States."

The U.S. Probation Office has contacted the defense attorney in this case Heather Hughes and the Assistant United States Attorney in this case Anibal J Alaniz. U.S. Probation received a response from both parties who are unopposed.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

_____
Matthew Simons
United States Probation Officer

_____
Susan Calder
Supervising U.S. Probation Officer

Order of the Court

☑ The above modification of conditions of release is ordered, to be effective on  Deccember 12, 2025 .
☐ The above modification of conditions of release is *not* ordered.

Ordered  December 12 , 2025.

_____
Christina A. Bryan
United States Magistrate Judge